E-FILED
Thursday, 23 March, 2006 11:48:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA



ARTHUR CARTER,
    Plaintiff,

v.

JOHN LONERGAN, Esquire,
Attorney at Law,
    Defendant.

Civil Action No.

06-1078

1:06-cv-0421-JDT-TAB

---

APPLICATION TO PROCEED IN FORMA PAUPERIS,

SUPPORTING DOCUMENTATION

---

    I, Arthur Carter, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action is a civil lawsuit for legal malpratice and negligence of the Defendant listed in the caption of this application.

    In further support of this application, I state that 1) I am not presently employed; 2) I have not received any money within the past twelve months from any source such as Business, profession, or other form of self-employment; Rent

Page 1

SCANNED

3

payments, interest or dividends; Pensions, annuities or life insurance payments; Gifts or inheritances; 3) I do not own any real estate or other valuable property or bank accounts or anyother thing of significant value.

Currently, I maintain a balance of $ 20.00 in my inmate trust fund account.

I further support of this application I hereby submit the attached Trust Fund Account Statement for the past six-month period immediately preceeding the filing of this application in accordance with the provisions of 28 USC section 1915(2)(1).

Wherefore, all premises considered, plaintiff prays that the foregoing application is granted and that this Honorable court enters an order granting plaintiff leave to proceed in forma pauperis.

Dated: 02-28-06

Respectfully submitted,

Arthur Carter

E-FILED
Thursday, 23 March, 2006 11:50:32 AM
Clerk, U.S. District Court, ILCD

Arthur Carter
Reg. #20541-424
P.O. BOX 12015
Terre Haute, IN 47801

2006 MAR 13 PM 3:16

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

06-1078

Civil Action No. _____ 1:06-cv-0421-JDT-TAB


ARTHUR CARTER
Plaintiff,


v.


JOHN LONERGAN, Esq.
Attorney At Law
Defendant.

---

## COMPLAINT

---

### A. PARTIES

1. I, Arthur Carter, am a citizen of Indiana and presently reside

SCANNED

1

at 4200 N. Bureau Road, Terre Haute, In 47801.

**2.** Defendant John Lonergan, Esquire is a citizen of Illinois whose address is 124 N.E. Madison, Peoria, IL 61602, and who is employed as an attorney at law.

### B. JURISDICTION

**1.** This cuase of action is brought pursuant to 28 USC § 1332(a)(1) provides, (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy the sum or exceeds the sum or value of 75,000.00, exculsice of interest and costs, and is between -- (1) Citizens of different states.

### C. NATURE OF THE CASE

Defendant John Lonergan Attorney At Law (herein-after "defendant") was appointed to represent Plaintiff for trial and appeal purposes arising from criminal indictment in **United States of America v. Arthur Carter, Case No. 01-CR-10041 U.S.D.C., C.D. ILL.**, Defendant was appointed pursuant to the Criminal Justice Act, 18 USC § 3006(A).

Defendant falsely, negligently and intentionally represented to the Plaintiff, the United States District Court, and the United States Government that he fully and completely investigated Plaintiff's entire Criminal file, including but not limited to, available exculpatory discovery, and hearing transcripts to uncover possible claims for consideration of filing a direct Criminal Appeal. Defendant's negligent acts and omissions have resulted in plaintiff suffering an ineffective assistance of trial counsel, and due process,

violations based on the Fifth Amendment to the US Constitution. Futher, Defendant's negligent acts and omissions amount to professional legal malpractice and negligence.

### D. CAUSE OF ACTION

I allege that the following of my rights have been violated and that I have suffered legal wrong. The following facts form the basis of my allegations:

**Claim I:** Fifth and Sixth Amendment Right to Due Process and Effective Assistance of Counsel. Injury resulting from professional legal malpractice and neligence.

**Supporting Facts:** Defendant intentionally failed to investigate and review Plaintiff's entire criminal file, including but not limited to a review of the sentencing transcript. Counsel had a professional and legal duty to investigate and review Plaintiff's entire criminal case file and was obliged to make a reasonable inquiry into the sentencing hearing to determine if any constitutional and/or procedural issues existed for appeal. In relevant part, the Criminal Justice Act provides: "A person for whom counsel is appointed shall be represented at every stage of the proceedings from such person's initial appearance before the court through appeals, including ancillary matters appropriate to the proceedings". The express or implied duties of counsel appointed include giving advice or taking actions with respect to the filing of meritorious issues and in placed upon the client, a duty to prusue recognizable avenues for or face a procedural bar to later efforts to do so. It follows that

an ingerent part of counsel's responsiblity is to consider whether the client's interests require the filing of any and all meritorious issues.

### E. REQUEST FOR RELIEF

I request the following relief: Compensatory damages in the amount of $2,500,000.00 against Defendant Lonergan for legal malpractice and neligience and for violations of my Fifth and Sixth Amendment Constitutional Rights to Due Process and Effective Assistance of Counsel. Punitive damages in the amount of $5,000,000.00 against Defendant Lonergan, and, disbarment of Defendant Lonergan for a period of no less than 5 (five) years.

Dated: 02-28-06

Respectfully Submitted,

Arthur Carter, pro se
Reg. # 20 541-424
P.O. Box 12015
Terre Haute, IN. 47801