1:06-cv-01078-HAB-JAG    # 5    Page 1 of 6

Thursday, 23 March, 2006 12:03:36 PM
Clerk, U.S. District Court, ILCD
E-FILED

06-1078
LC17

06-1078

# United States District Court
## Southern District of Indiana

Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

**FILED**

MAR 2 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

06-1078

March 21, 2006

Clerk of the Court
309 US Courthouse
100 NE Monroe Street
Peoria IL  61602

RE: ARTHUR CARTER v. JOHN LONEGAN
Cause Number: IP 1:06-CV-421-JDT-TAB

Dear Clerk:

   Pursuant to Court order dated 3/20/06, the above file is being transferred to the United States District Court for the CENTRAL District of ILLINOIS, Peoria Division.

   Enclosed are all original documents, certified copies of the order of transfer and docket entries.

   Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

Sincerely,

Laura A. Briggs, Clerk

By: _____s/ Clerk_____
Cindy Urich, Deputy Clerk

Enclosures

cc: Arthur Carter

Received by:_____   Date: _____

**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MAR 23 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ARTHUR CARTER, )
)
Plaintiff, )
)
vs. )   1:06-CV-421-JDT- TAB
)
JOHN LONERGAN, )
)
Defendant. )

**Order Transferring Action to the Central District of Illinois**

The plaintiff has commenced an action against the attorney who represented the plaintiff at various points in a criminal action in the Central District of Illinois in a proceeding docketed there as No. 1:01-cr-10041-MMM-1. The plaintiff seeks compensatory and punitive damages. He alleges that he is a citizen of the State of Indiana and that the defendant is a citizen of the State of Illinois. He claims that this court has subject matter jurisdiction over his claims by virtue of its diversity jurisdiction, conferred by 28 U.S.C. § 1332(a)(1).

Under 28 U.S.C. § 1391(a), venue will lie in a diversity action "only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the acts or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought." When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." 28 U.S.C. § 1406(a).

Here, the acts the plaintiff alleges in support of his claim took place in the Central District of Illinois and the defendant is located within that District. Under these circumstances, the proper venue for plaintiff's action is the Central District of Illinois.

Accordingly, and without acting on the plaintiff's request to proceed *in forma pauperis,* the above action is now **TRANSFERRED** to the United States District Court for the Central District of Illinois at Peoria, Illinois.

**IT IS SO ORDERED.**

Date: 03/20/2006

John Daniel Tinder, Judge
United States District Court



Distribution:

Arthur Carter
Reg. No. 20541-424
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47808

CLOSED, PROSE

# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00421-JDT-TAB

CARTER v. LONERGAN, Esq.
Assigned to: Judge John Daniel Tinder
Referred to: Magistrate Judge Tim A. Baker
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 03/13/2006
Jury Demand: None
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

ARTHUR CARTER     represented by    ARTHUR CARTER
20541-424
P.O. Box 12015
Terre Haute, IN 47801
US
PRO SE

s/ Clerk

V.

**Defendant**

JOHN LONERGAN, Esq.
*Attorney At Law*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2006 | 1 | COMPLAINT against JOHN LONERGAN, Esq., filed by ARTHUR CARTER.(DH, ) (Entered: 03/14/2006) |
| 03/13/2006 | 2 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction. (DH, ) (Entered: 03/14/2006) |
| 03/13/2006 | 3 | MOTION for Leave to Proceed in forma pauperis filed |

|  |  | by Plaintiff, ARTHUR CARTER. (DH, ) (Entered: 03/14/2006) |
|---|---|---|
| 03/20/2006 | 4 | CLOSED TRANSFER to the Central District of Illinois at Peoria IL and without acting on the pltfs request to proceed in forma pauperis cm Signed by Judge John Daniel Tinder on 3/20/06. (CBU, ) (Entered: 03/21/2006) |

## Case#: 1:06-cv-00421-JDT-TAB

AO 85 (modified by USDC IN-SD 6/05) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

## UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff
V.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number:

**1:06-cv-0421-JDT-TAB**

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### ORDER OF REFERENCE

IT IS ORDERED that this case be referred to the assigned United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____      _____
Date                United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

**SCANNED**

