# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Arthur Carter** ) | | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | | **AD TESTIFICANDUM** |
| ) | | |
| **vs** ) | | |
| ) | | **CASE NO. 06-1078** |
| **John Lonergan** ) | | |
| Defendant ) | | |

**TO: THE WARDEN of** USP Terre Haute at Terre Haute, IN.

     **WE COMMAND** that you produce the body of **Arthur Carter**, Register No. **20541-424**, who is in your custody at USP Terre Haute before the United States District Court on **Thursday, May 4, 2006, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: March 28, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: __s/M. Leininger_____
     Deputy Clerk