FILED
MAY 22 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 22 May, 2006  12:34:52 PM
Clerk, U.S. District Court, ILCD

Mr. Clerk:—

5-17-06

Hello, I'm writing in seeking an update on the proceedings of Civil Case, Carter vs. Lonergan Case no. 06-cv-01078. Also I want to have a docket of all of my filings and a copy as well of the motions filed in behalf of this case.

Thank you!

Arthur R. Carter

Also I'm seeking a Stevis hearing on the 60B motion filed in District Court under Judge Micheal Mhiannis, if at all possible!

Thank you again!