E-FILED
Friday, 09 June, 2006  03:47:45 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Arthur Carter** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 06-1078 |
| **John Lonergan** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** USP Terre Haute at Terre Haute, IN.

**WE COMMAND** that you produce the body of **Arthur Carter**, Register No. **20541-424**, who is in your custody at USP Terre Haute before the United States District Court on **Wednesday, June 21, 2006, at 9:15 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  June 9, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   __s/M. Leininger_____
            Deputy Clerk