E-FILED
Monday, 04 December, 2006  01:48:30 PM
Clerk, U.S. District Court, ILCD

FILED
DEC - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk:-                                               Nov. 30. 06 -

I'm writting in reference to the 06-1078 Three Telephone Conference call of May of 2006 which was continued to June of 06, which I held with Mr. Judge Harold A. Baker. I'm requesting the minutes from that hearing, also the Status of the case number 1:06-cv-1078. I haven't heard anything or recieved any Legal mail in reference to the case since June of 06. also, the Subpoena's that were sent in as well, also the civil case payments of Forma Pauperis are fully paid the filing fee of $40.10 and the $250.00 is paid in full, so I'm request the minutes and status hearing of this said case, and the outcome of the subpoenas filed in this case

Thank you

Arthur R. Carter
20541-424 F2

also here are copys of the case info in which I have, I'm requesting the materials be sent back when finished being examined by the clerk. Thank you!

**E-FILED**
Tuesday, 28 March, 2006 10:30:58 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Arthur Carter** <br> Plaintiff | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **WRIT OF HABEAS CORPUS** <br> **AD TESTIFICANDUM** <br><br> **CASE NO. 06-1078** |
| vs | | |
| **John Lonergan** <br> Defendant | | |

**TO: THE WARDEN of** USP Terre Haute at Terre Haute, IN.

    **WE COMMAND** that you produce the body of **Arthur Carter,** Register No. 20541-424, who is in your custody at USP Terre Haute before the United States District Court on **Thursday, May 4, 2006, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: March 28, 2006

                                  JOHN M. WATERS, CLERK
                                  UNITED STATES DISTRICT COURT

                                BY: __s/M. Leininger_____
                                       Deputy Clerk

**Other Orders/Judgments**

1:06-cv-01078-HAB-JAG Carter v. Lonergan

## U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from ML, ilcd entered on 3/28/2006 at 10:25 AM CST and filed on 3/28/2006
**Case Name:**  Carter v. Lonergan
**Case Number:**  1:06-cv-1078
**Filer:**
**Document Number:**

**Docket Text:**
MERIT REVIEW ORDER entered by Judge Harold A. Baker on 3/28/06: This case is set for merit review. The court is required by 28 U.S.C. Section 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to notify the plaintiff's place of incarceration and to issue a writ for the plaintiff's participation in the telephone conference call. Merit Review Hearing is set for Thursday, 5/4/2006 at 09:30 AM by telephone (court will place call) before Judge Harold A. Baker. (ML, ilcd)

The following document(s) are associated with this transaction:

**1:06-cv-1078 Notice will be electronically mailed to:**

**1:06-cv-1078 Notice will be delivered by other means to:**

Arthur Carter
20541-424
TERRE HAUTE
US Penitentiary
PO Box 12015
Terre Haute, IN 47801

**Orders on Motions**
1:06-cv-01078-HAB-JAG Carter v. Lonergan

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from ML, ilcd entered on 3/28/2006 at 9:58 AM CST and filed on 3/28/2006
**Case Name:**      Carter v. Lonergan
**Case Number:**    1:06-cv-1078
**Filer:**
**Document Number:**

Docket Text:
TEXT ORDER entered by Judge John A. Gorman on 3/28/06granting [1] Petition to Proceed In Forma Pauperis: Pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $40.10. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court within fourteen (14) days from the date of this order; Prisoner Prepayment Rights 1915(b)(2): After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $250 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office. (cc: plaintiff/Correctional Center Trust Fund Office)(ML, ilcd)

The following document(s) are associated with this transaction:

**1:06-cv-1078 Notice will be electronically mailed to:**

**1:06-cv-1078 Notice will be delivered by other means to:**

Arthur Carter
20541-424
TERRE HAUTE
US Penitentiary
PO Box 12015
Terre Haute, IN 47801

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

ARTHUR CARTER,

        Plaintiff,

        V.

JOHN P. LONERGAN, Esq.,

        Defendant

## SUBPOENA

CASE NUMBER: 1:06-cv-1078

TO: KAREN S. HANNA, C.S.R.
UNITED STATES DISTRICT COURT, Cent'l. Dist. Ill.
309 Fed. Bldg., 100 N.E. Monroe
Peoria, IL 61602

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT For The Central District of Illinois 309 Fed. Bldg., 100 N.E. Monroe Peoria, IL 61602 | Judge Harold A. Baker |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Scheduling, Time-Table, Preperation, Purchase and Delivery of All Transcripts and Records Received by Attorney John P. Lonergan, Esq. in relation to Plaintiff Arthur Carter, in Case Docket No. 01-CR-10041; (Any other Criminal & Civil) related cases.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# United States District Court

CENTRAL _____ DISTRICT OF __ILLINOIS__

ARTHUR CARTER,

        Plaintiff,
V.

JOHN P. LONERGAN, Esq.,

        Defendant.

**SUBPOENA**

CASE NUMBER: 1:06-cv-1078

TO: Barb Link, County Clerk
HENRY COUNTY
307 W. Center Street
Cambridge, IL 61238

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>UNITED STATES DISTRICT COURT<br>For The Central District of Illinois<br>309 Fed. Bldg., 100 N.E. Monroe<br>Peoria, Illinois 61602 | COURTROOM<br>Judge Harold A. Baker |
| --- | --- |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): HENRY COUNTY JAIL VISITATION LOG RECORDS AS IT PERTAINS TO THE PLAINTIFF [ARTHUR CARTER], ID 20541-424 BETWEEN 2001 AND 2002; REGULAR AS WELL AS LEGAL [ATTORNEY] VISITS.

| PLACE UNITED STATES DISTRICT COURT<br>For The Central District of Illinois<br>100 N.E. Monroe, Peoria, IL 61602 | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

ARTHUR CARTER,

        Plaintiff,

V.

JOHN P. LONERGAN, Esq.,

        Defendant

**SUBPOENA**

CASE NUMBER: 1:06-cv-1078

TO: John Lonergan, Esq.
    124 N.E. Madison
    Peoria, IL 61602

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>For The Central District of Illinois<br>309 Fed. Bldg., 100 N.E. Monroe<br>Peoria, IL 61602 | Judge Harold A. Baker |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **All file-records pertaining to plaintiff in the matter-case number 01-CR-10041; included but not limited to all discovery, Brady, Jenks, Grand Jury Transcripts, Trial, Pretrial, and sentencing transcripts, all motions, briefs, and response and reply cases.; Jury Instructions, plea offers, EVERYTHING.**

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)