# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Arthur Carter**

vs.

Case Number: **06-1078**

**John Lonergan**

**DECISION BY THE COURT**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the lawsuit is dismissed in its entirety.

ENTER this 5th day of February, 2007.

/s/ John M. waters
JOHN M. WATERS, CLERK

/s/ K. Burns
BY: DEPUTY CLERK

06-1078.wpd